# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

---

ALL CORRESPONDENCE/PACKAGES TO MONTCLAIR OFFICE PLEASE

LETTER-MOTION TO WITHDRAW AS COUNSEL

June 10, 2021

Served and Filed Via ECF
Hon. Alvin K. Hellerstein, Senior Judge
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

So ordered.

/s/ Hon. Alvin K. Hellerstein
June 11, 2021

Re: *United States v. Daquan Daniels,* 21-cr-289(AKH)

Dear Judge Hellerstein:

This letter-motion is respectfully submitted seeking an order relieving me as counsel to Mr. Daniels. He has recently retained private counsel who, on June 9, 2021, entered an appearance on Mr. Daniels' behalf. (ECF-10.) Under the circumstances, the services of CJA-appointed counsel (my status) are no longer appropriate. For Your Honor's information, I have communicated with retained counsel and have transmitted to him relevant portions of the file. Discovery has not yet been provided.

The Court's time and attention to this matter are appreciated.

Respectfully submitted,
*/s/ David A. Ruhnke*
David A. Ruhnke

cc:   All parties via ECF