

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2021

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

The conference is adjourned, and time is excluded to, September 17, 2021, at noon.

So ordered.
/s/ Hon. Alvin K. Hellerstein
July 7, 2021

Re: *United States v. Daquan Daniels*, 20 CR 289 (AKH)

Dear Judge Hellerstein,

    The Government respectfully submits this letter on behalf of the parties to request an adjournment of approximately 30 days of the conference now scheduled for July 16, 2021 to a date and time that is convenient to the Court. In the interim since the parties were last before the Court, the defendant has retained counsel, and retained counsel understandably requires additional time to receive and review discovery with their client and to discuss with him meaningfully the availability of any pre-trial motions and the possibility of any pre-trial disposition. With the consent of the defendant, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from July 16, 2021 through the date of any granted adjournment on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having the opportunity to review meaningfully with counsel the discovery in this case and in light of that discovery consider the availability of any pre-trial motions and the possibility of any pretrial disposition.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                United States Attorney

                       By: *Thomas John Wright*
                              Thomas John Wright
                              Assistant United States Attorney
                              (212) 637-2295

cc: Russ Kofman (Counsel to Defendant Daquan Daniels) (by ECF)
    Conor McNamara (Counsel to Defendant Daquan Daniels) (by ECF)