UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
UNITED STATES OF AMERICA                      :
                                              :
                                              :      SCHEDULING ORDER
           -against-                          :
                                              :      21 Cr. 289 (AKH)
DAQUAN DANIELS,                               :
                                              :
                            Defendant.        :
                                              :
                                              :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties are hereby ordered to appear for a pre-trial conference on January 4, 2022, at 10:30 a.m., which will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than December 29, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.


SO ORDERED.

Dated:  December 22, 2021              _____/s/__Alvin K. Hellerstein_____
        New York, New York             ALVIN K. HELLERSTEIN
                                       United States District Judge