**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 9, 2022

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Daquan Daniels*, 21 CR 289 (AKH)

Dear Judge Hellerstein,

*[Handwritten annotation: Conf is adjourned and time is excluded until March 16, 2022 at 12:30 p.m., in the interest of justice. /s/ A.K. Hellerstein 3/10/2022]*

The Government respectfully submits this letter on behalf of the parties to request an adjournment of the conference scheduled for earlier today, March 9, 2022, to March 16, 2022 at 12:30 PM, a date and time that the parties understand is convenient for the Court. The parties have reached a pre-trial disposition, as previously reported to the Court, and respectfully request to conduct the change of plea on an in-person basis in the courthouse, which did not prove possible today. With the consent of the defendant, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from March 9, 2022 through the date of any granted adjournment on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having the opportunity to achieve a pretrial disposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*

Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Brendan Quigley (Counsel to Defendant Daquan Daniels) (by ECF)