UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES                                                 :
                                                              :
                                                              :    **ORDER**
           -against-                                          :
                                                              :    21 Cr. 289 (AKH)
DAQUAN DANIELS,                                               :
                                                              :
                       Defendant.                             :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Currently, ECF Nos. 16 and 20 are marked as open.

        However, I granted the request in ECF No. 16 at the conference on January 4, 2022 and ordered new counsel to be appointed from the CJA panel. ECF No. 20 is a scheduling request that is now moot.

        Accordingly, the Clerk shall terminate ECF Nos. 16 and 20 and terminate the appearances of Conor McNamara and Rostislav "Russ" Kofman on behalf of Defendant.

        SO ORDERED.

Dated:    April 21, 2022                    /s/ Alvin K. Hellerstein
             New York, New York          ALVIN K. HELLERSTEIN
                                                   United States District Judge